1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HEATHER DELUZ,

11        Plaintiff,                    No. CIV S-10-0809 GEB DAD PS

12        vs.

13   THE LAW OFFICE OF FREDERICK
     S. COHEN, et al.,                  ORDER

14
          Defendants.

15   _____/

16        This case came before the court on June 18, 2010, for hearing on the motion to

17   dismiss filed by defendants Law Office of Fredrick S. Cohen and Fredrick S. Cohen, individually

18   (the Cohen defendants).  Plaintiff, who is proceeding pro se in this action, appeared on her own

19   behalf.  Jason J. Sommer, Esq. appeared for the Cohen defendants and was accompanied by

20   defendant Fredrick S. Cohen.

21        Plaintiff did not respond to defendants' motion by filing written opposition or a

22   statement of no opposition to the motion, as required by Local Rule 230(c).  In light of plaintiff's

23   pro se status and in the interests of justice, the court established a briefing schedule and

24   continued the hearing of defendants' motion to August 6, 2010, at which time the motion will be

25   heard concurrently with the motion to dismiss filed by defendants Stephanie Stilley and Thomas

26   L. Russell.

                                        1

1    The court advised plaintiff in open court of her duty to comply with applicable

2    rules and orders.  Plaintiff is cautioned that a party representing himself or herself without an

3    attorney

4         is bound by the Federal Rules of Civil Procedure, these [local]
     rules, and all other applicable law.  All obligations placed on

5         "counsel" by these Rules apply to individuals appearing in propria
     persona.  Failure to comply therewith may be ground for dismissal,

6         judgment  by default, or any other sanction appropriate under these
     Rules.

7

8    Local Rule 183(a).

9         IT IS ORDERED that:

10        1.  Hearing of the motion filed by defendants the Law Office of Fredrick S. Cohen

11   and Fredrick S. Cohen, individually (Doc. No. 7) is continued to August 6, 2010, at 10:00 a.m. in

12   Courtroom 27.

13        2.  Plaintiff's written opposition or a statement of no opposition to the Cohen

14   defendants' motion shall be filed with the court and served by mail on defendants' counsel on or

15   before July 9, 2010; plaintiff's response to the motion must be received by the Clerk for filing on

16   or before July 9, 2010, and must include a proof of service showing that the response has been

17   served on defendants' counsel.

18        3.  If plaintiff files timely opposition to the Cohen defendants' motion, the

19   defendants' reply shall be filed and served on or before July 23, 2010.

20        4.  Plaintiff's response to the motion to dismiss filed by defendants Stilley and

21   Russell (Doc. No. 6) shall be filed and served on or before July 23, 2010, as required by Local

22   Rule 230(c), and any reply shall be filed and served in accordance with Local Rule 230(d).

23        5.  The Status (Pretrial Scheduling) Conference set for August 6, 2010, at 11:00

24   a.m. is vacated pending the court's ruling on defendants' motions to dismiss, and the parties are

25   relieved of the obligation to file status reports.

26   /////

1          6.  Any party may appear at the motions hearing telephonically <u>if</u> the party pre-

2  arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned

3  magistrate judge, at (916) 930-4128, <u>no later than 48 hours before the hearing date</u>.

4          7.  Plaintiff is cautioned that any subsequent failure to file and serve a timely

5  response to a motion may result in an order recommending an appropriate sanction, which may

6  include dismissal for failure to comply with court orders and applicable rules.  <u>See</u> Local Rules

7  110 and 183.

8  DATED: June 22, 2010.

                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\deluz0809.oah.061810

3